1  **WO**                                                                                          JKM

2

3                              **NOT FOR PUBLICATION**

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                         **FOR THE DISTRICT OF ARIZONA**

8
   Manpreet Singh,                    )    No. CV 10-0300-PHX-GMS (ECV)
9                                     )
              Petitioner,              )    **ORDER TO SHOW CAUSE**
10                                    )
   vs.                                )
11                                    )
                                      )
12 Katrina Kane,                      )
                                      )
13            Respondent.              )
                                      )
14

15       On February 10, 2010, Manpreet Singh (A070-198-220) filed a *pro se* Petition for
16 Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 seeking his immediate release from
17 custody on the grounds that his detention with no prospect that his removal would be effected
18 in the reasonably foreseeable future was not authorized by law. See Zadvydas v. Davis, 533
19 U.S. 678 (2001) (when there is no reasonable likelihood that a foreign government will
20 accept an alien's return in the reasonably foreseeable future, the INS may not detain the alien
21 for more than the presumptively reasonable period of six months).
22       Respondent has filed a Suggestion of Mootness (Doc. #3) asserting that Petitioner was
23 removed from the United States on March 10, 2010, and that he is, therefore, no longer
24 subject to detention. A habeas corpus petition filed by a petitioner who "challenge[s] only
25 the length of his detention, as distinguished from the lawfulness of the deportation order, . . . .
26 [is] rendered moot by his removal." Abdala v. INS, 488 F.3d 1061, 1062 (9th Cir. 2007)
27 Accordingly, Petitioner will be required to show good cause why this action should not be
28 dismissed as moot.

**JDDL**

1     **IT IS ORDERED** that **within 10 days** from the date this Order is filed Petitioner must file a response to this Order showing good cause why this action should not be dismissed as moot.

    **IT IS FURTHER ORDERED** that the Clerk of Court must enter a judgment of dismissal of this action as moot without further order of the Court if a response to this Order is not filed **within 10 days** from the date this Order is filed.

    DATED this 9th day of April, 2010.

_____
G. Murray Snow
United States District Judge